Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADELINE KISS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>FLO HEALTH, INC., et al.<br><br>Defendant(s). | Case No: 3:21-cv-04333-JD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Brenda Sharton, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Flo Health, Inc. in the above-entitled action. My local co-counsel in this case is Benjamin Sadun, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>DECHERT LLP<br>One International Place, 40th floor<br>100 Oliver Street<br>Boston, MA 02110-2605 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>DECHERT LLP<br>US Bank Tower<br>633 West 5th Street, Suite 4900<br>Los Angeles, CA 90071-2032 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(617) 728-7100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 808-5700 |
| MY EMAIL ADDRESS OF RECORD:<br>brenda.sharton@dechert.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>benjamin.sadun@dechert.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 556909.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/20/21

Brenda Sharton
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Brenda Sharton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-first** day of **December** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

### Brenda R. Sharton

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fifth** day of **March** in the year of our Lord **two thousand and twenty-one.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116